FILED: October 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2085 (L)
(1:25-cv-03246-MJM)

---

NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a Vyne Dental

Plaintiff - Appellant

v.

HENRY SCHEIN ONE, LLC

Defendant - Appellee

---

No. 26-2196
(1:25-cv-03246-MJM)

---

NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a Vyne Dental

Plaintiff - Appellee

v.

HENRY SCHEIN ONE, LLC

Defendant - Appellant

# O R D E R

Upon consideration of submissions relative to appellant's motion for stay pending appeal, the court grants the motion. Further, the court will expedite briefing and will schedule oral argument at the next available session. The Clerk shall set an expedited briefing schedule by separate order.

For the Court

/s/ Nwamaka Anowi, Clerk